# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RICHARD A. SPRAGUE, HON. RONALD D. CASTILLE, AND HON. STEPHEN ZAPPALA, SR., | : No. 100 MAP 2016<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court dated October 5,<br>: 2016 at No. 517 MD 2016. |
| Appellants | : |
| v. | : |
| PEDRO A. CORTES, SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA, IN HIS OFFICIAL CAPACITY, | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                       **DECIDED: October 25, 2016**

    **AND NOW,** this 25th day of October, 2016, Appellants' emergency application to expedite disposition of this matter is **GRANTED**. Appellants' application for leave to file a reply to answer is **GRANTED**. The Court being equally divided, the Order of the Commonwealth Court is **AFFIRMED**.

    Chief Justice Saylor did not participate in the consideration or decision of this matter.

    Justice Baer files an opinion in support of affirmance in which Justices Donohue and Mundy join.

    Justice Todd files an opinion in support of reversal in which Justices Dougherty and Wecht join.

    Justice Dougherty files an opinion in support of reversal in which Justices Todd and Wecht join.

    Justice Wecht files an opinion in support of reversal in which Justices Todd and Dougherty join.